No. 74–6425. HASKINS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 74–6429. ARCHER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 74–6430. VILLANUEVA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 74–6435. BROWN ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 74–6437. SWALLOW *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 74–6440. PEARSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 74–6443. TRIPKOVICH *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 74–6445. GASKINS *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 74–6446. SIMS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 74–6447. WINFREE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 74–6454. KERR *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 74–6472. HERMAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.